DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

859     In re Showa Denko K.K. L-Tryptophan Products Liability Litigation

| 90/07/23 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS (A-1 - A-18), CERT. OF SVC. -- Filed by pltf. Dario Berizzi -- SUGGESTED TRANSFEREE DISTRICT:  SOUTHERN DISTRICT OF OHIO -- SUGGESTED TRANSFEREE JUDGE:  HON. CARL B. RUBIN -- (received 7/23/90) (rh) |
| 90/07/25 | 2 | MOTION TO WITHDRAW MOTION PLDG. #1 -- Dario Berizzi -- w/cert. of svc. (received 7/25/90) (rh) |
| 90/07/26 | | ORDER DEEMING MOTION WITHDRAWN -- Notified involved clerks, judges, counsel and misc. recipients  (ds) |

JPML Form 1

Revised: 8/78

## DOCKET NO. 859 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Showa Kenko K.K. L-Tryptophan Products Liability Litigation

## SUMMARY OF LITIGATION

| Hearing Dates Motion Withdrawn | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | July 26, 1990 | MO | Unpublished | | | |
| | *Motion withdrawn* | | | | | |

### Special Transferee Information

DATE CLOSED: July 26, 1990

LISTING OF INVOLVED ACTIONS

JPML FORM 1

DOCKET NO. 859 -- In re Showa Denko K.K. L-Tryptophan Products Liability Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Dario Berizzi, etc. v. Showa Denko K.K., et al. | Conn. Daly | B-90-093 (TFGD) | | | | |
| A-2 | Harriet Bessey v. Showa Denko K.K., et al. | Conn. Daly | B-90-196 (TFGD) | | | | |
| A-3 | Deborah Stack v. Showa Denko K.K., et al. | Conn. Daly | B-90-197 (TFGD) | | | | |
| A-4 | Jeanette Robledo, et al. v. Showa Denko K.K., et al. | Conn. Daly | B-90-198 (TFGD) | | | | |
| A-5 | Deborah Scelza v. Showa Denko K.K., et al. | Conn. Daly | B-90-199 (TFGD) | | | | |
| A-6 | Millicent Davidson v. Showa Denko K.K., et al. | Conn. Daly | B-90-200 (TFGD) | | | | |
| A-7 | Ora Elizabeth Wynn v. Showa Denko America, Inc. | Ga.,N. Murphy | 4:90-CV-132-HLM | | | | |
| A-8 | Doris Wolf v. General Nutrition Products, Inc., et al. | Iowa,S. Wolle | 90-0274-A | | | | |

DOCKET NO. 859 -- In re Showa Denko K.K. L-Tryptophan Products Liability Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-9 | Cheryl Diane James v. General Nutrition Products, Inc., et al. | Iowa,S. Wolle | 90-0275-A | | | | |
| A-10 | Lola J. Rapoport, et al. v. P. Leiner Nutritional Products Corp., et al. | Md. Howard | JH-90-397 | | | | |
| A-11 | Mildred M. Haas v. Atmark, Inc., et al. | Minn. MacLaughlin | 4-90-CV-118 | | | | |
| A-12 | Judy Paulsen, et al. v. Showa Denko K.K., et al. | N.M. Campos | CIV90-0166SC | | | | |
| A-13 | Martin Bromberg, et al. v. The Solgar Co., Inc., et al. | N.Y.,E. Spatt | CV-90-0304 | | | | |
| A-14 | Nancy C. Murrow, et al. v. Nature's Bounty, Inc., et al. | Okla.,W. Thompson | CIV-90-529T | | | | |
| A-15 | Shirley Trachtman, et al. v. Nature's Bounty, Inc. | Pa.,E. Katz | 90-2171 | | | | |
| A-16 | Willard D. Mann, et al. v. Star professional Pharmaceuticals, Inc., et al. | S.C. Perry | 7-90-872-0 | | | | |
| A-17 | Cheryl A. Everett, et al. v. Nature's Bounty, Inc., et al. | Ohio,S. Rubin | C2-90-036 | | | | |
| A-18 | Myrna Goldfarb, et al. v. Showa Denko America, Inc., et al. | Ohio,S. Rubin | 1-90-469 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __859__ -- __In re Showa Denko K.K. L-Tryptophan Products Liability__

__Litigation__

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JUL 23 1990

PATRICIA D. HOWARD
CLERK OF THE PANEL

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

```
-----------------------------:
IN RE SHOWA DENKO K.K.        :
   L-TRYPTOPHAN PRODUCTS      :  MDL DOCKET NO. _____
   LIABILITY LITIGATION       :
-----------------------------:  JULY 23, 1990
```

COUNSEL OF RECORD FOR PROOF OF SERVICE

Re:  Dario Berizzi v. Showa Denko K.K., Showa Denko America, Inc.,
     and Solgar Co., Inc.

     Deborah Scezla v. Showa Denko K.K., Showa Denko America,
     Inc., and Solgar Co., Inc.

     Attorney for Plaintiff:

               Dominick C. Esposito

     Attorney for Defendants Showa Denko K.K. and Showa Denko
     America, Inc.:

               S. Robert Jelley, Esq.
               Wiggin & Dana
               195 Church Street
               New Haven, Connecticut   06508

     Attorney for Defendant Solgar Co., Inc.:

               Arnold J. Bai, Esq.
               Bai, Pollock & Dunnigan
               10 Middle Street
               Bridgeport, Connecticut   06604

Re:   <u>Harriet Bessey v. Showa Denko k.K., Showa Denko America, Inc.</u>
<u>and General Nutrition Corp.</u>

<u>Jeanette Robledo and Raul Robledo v. Showa Denko K.K., Showa</u>
<u>Denko America, Inc. and General Nutrition Corp.</u>

Attorney for Plaintiff:

       Dominick C. Esposito

Attorney for Defendants Showa Denko K.K. and Showa Denko
America, Inc.:

       S. Robert Jelley, Esq.
       Wiggin & Dana
       195 Church Street
       New Haven, Connecticut  06508

Attorney for Defendant General Nutrition Corp.:

       Roger Frisch, Esq.
       Frisch, Frisch & Ganz
       205 Main Street
       Westport, Connecticut  06880

Re:   <u>Deborah Stack v. Showa Denko K.K., Showa Denko America, Inc.</u>
<u>P. Leiner Nutritional Products Corp., and Big Y Foods, Inc.</u>

Attorney for Plaintiff:

       Dominick C. Esposito

Attorney for Defendants Showa Denko K.K. and Showa Denko
America, Inc.:

       S. Robert Jelley, Esq.
       Wiggin & Dana
       195 Church Street
       New Haven, Connecticut  06508

Attorney for Defendant P. Leiner Nutritional Products Corp.:

        Thomas H. Winslow, Esq.
        Fazzone, Nuzzo &  Baillie, P.C.
        One Town Center
        Cheshire, Connecticut  06410

Attorney for Defendant Big Y Foods, Inc.:

        William C. Turney, Esq.
        McGrail, Carroll & Sheedy
        P. O. Box 1111
        New Haven, Connecticut  06505

Re:  <u>Millicent Davison v. Showa Denko K.K., Showa Denko America,
Inc., Nature's Bounty, Inc., and Consumer Value Stores of
Waterbury, Inc.</u>

Attorney for Plaintiff:

        Dominick C. Esposito

Attorney for Defendants Showa Denko K.K., Showa Denko
America, Inc., and Nature's Bounty, Inc.:

        S. Robert Jelley, Esq.
        Wiggin & Dana
        195 Church Street
        New Haven, Connecticut  06508

Attorney for Defendant Consumer Value Stores of Waterbury,
Inc.:

        Thomas F. Maxwell, Esq.
        Marsh, Day & Calhoun
        955 Main Street
        Bridgeport, Connecticut  06604

Re:  <u>Ora Elizabeth Wynn v. Showa Denko America, Inc.</u>

Attorney for Plaintiff:

        James E. Butler, Jr., Esq.
        Butler, Wooten, Overby & Cheeley
        Resurgens Plaza Suite 1790
        945 East Paces Ferry Road
        Atlanta, Georgia  30326

Attorney for Defendant:

        Karen Deming, Attorney at Law
        Troutman, Sanders, Lockerman & Ashmore
        1400 Candler Building
        127 Peachtree Street
        Atlanta, Georgia  30303-1810

Re:  <u>Doris Wolf v. General Nutrition Products, Inc., Nature's
Products Inc., and Showa Denko K.K.</u>

<u>Cheryl Diane James v. General Nutrition Products, Inc., Showa
Denko K.K. and P. Leiner Nutritional Products Corp.</u>

Attorney for Plaintiffs:

        Frederick W. James, Esq.
        Dwight W. James & Associates, P.C.
        630 Equitable Building
        Des Moines, Iowa  50309

Attorney for Defendant General Nutrition Products, Inc.

        James Huber, Esq.
        Jones, Hoffman & Huber
        418 Sixth Avenue
        500 Liberty Building
        Des Moines, Iowa  50309-2421

4

Defendants Not Represented by Counsel:

Showa Denko K.K.
10-12 Shiba Daimon 2 - Chome
Shuwa No. 3, Shiba Park Building
Minato-Ku, Tokyo 105
JAPAN

P. Leiner Nutritional Products Corp.
1845 West 250th Street
Torrance, California 90501

Nature's Products, Inc.
19501 N.E. 10th Street
Miami, Florida  33179

Re:   Lola J. Rapoport and Leonard Rapoport v. P. Leiner
Nutritional Products Corp. and Fresh Labs, Inc.

Attorney for Plaintiffs:

Marc Rosen, Esq.
Whiteford, Taylor & Preston
7 St. Paul Street, Suite 1400
Baltimore, Maryland  21202

Attorney for Defendants P. Leiner Nutritional Products Corp.
and Fresh Labs, Inc.

Joel D. Newport, Esq.
Simmes, Bowen & Simmes
401 Washington Avenue
P. O. Box 6705
Towson, Maryland  21204

Re:   Mildred M. Haas v. Atmark, Inc., Twin Laboratories and XYZ
Corp.

Attorney for Plaintiff:

Philip A. Pfaffly, Esq.
Moss & Barnett, P.A.
4800 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota  55402-4119

5

Attorney for Defendant Atmark Corp.:

        Leon Robert Erstad, Esq.
        Chadwick, Johnson & Condon
        7235 Ohms Lane
        Minneapolis, Minnesota  55439

Attorney for Defendant Twin Laboratories:

        Gay P. Urness, Attorney at Law
        Mahoney, Doherty & Mahoney
        801 Park Avenue
        Minneapolis, Minnesota  55404

Re:  <u>Judy Paulsen and Susan Craig, on behalf of all others</u>
     <u>similarly situated, v. Showa Denko K.K., Showa Denko America,</u>
     <u>Inc., General Nutrition Center, Inc., and Jameson</u>
     <u>Pharmaceutical Corp.</u>

Attorneys for Plaintiffs:

        Turner W. Branch, Esq.
        Branch Law Firm
        2025 Rio Grande Boulevard, N.W.
        Albuquerque, New Mexico  87104

        John T. Baker, Esq.
        Bragg, Baker & Cederberg, P.C.
        600 17th Street, Suite 1700 N
        Denver, Colorado  80202

Attorney for Defendant Showa Denko America, Inc.

        Timothy D. Sheehan, Esq.
        Sheehan, Sheehan & Stelzner, P.A.
        P. O. Box 271
        Albuquerque, New Mexico  87103

Attorney for Defendant General Nutrition Center, Inc.

        Judy A. Fry, Attorney at Law
        Modrall Law Firm
        Sunwest Building, Suite 1000
        500 4th Street, N.W.
        P. O. Box 2168
        Albuquerque, New Mexico  87103

6

Attorneys for Defendant Jameson Pharmaceutical Corp.:

> Thomas D. Hanes, Jr., Esq.
> Hinkle, Cox, Eaton, Coffield & Hensley
> P. O. Box 10
> Roswell, New Mexico  88201

> Robert G. McCorkle, Esq.
> P. O. Box 1888
> Albuquerque, New Mexico  87103

Defendant Not Represented by Counsel:

> Showa Denko K.K.
> 10-12 Shiba Daimon 2 - Chome
> Shuwa No. 3, Shiba Park Building
> Minato-Ku, Tokyo 105
> JAPAN

Re:  <u>Martin Bromberg and Lee Bromberg vs. The Solgar Co., Inc.,
Iroquois Brands, Ltd. and General Nutrition Corp.</u>

Attorney for Plaintiffs:

> Paul D. Rheingold, Esq.
> Rheingold & McGowan, P.C.
> 113 East 37th Street
> New York, New York  10016

Defendants Not Represented by Counsel:

> The Solgar Co., Inc.
> 410 Ocean Avenue
> Post Office Box 330
> Lynbrook, New York  11563

> Prentice Hall Corporation System
> Agent for Service of Process for
> Iroquois Brands, Ltd.
> 807 Brazos
> Austin, Texas  78701

7

General Nutrition Corp.
c/o Tax Department
921 Penn Avenue
Pittsburgh, Pennsylvania  15222

Re:   <u>Cheryl A. Everett and Paul G. Everett v. Nature's Bounty,</u>
      <u>Inc., Showa Denko America, Inc., and Showa Denko K.K.</u>

Attorney for Plaintiffs:

        Allan Troy Radnor, Esq.
        Vorys, Sater, Samor & Bease
        52 East Gay Street
        P. O. Box 1008
        Columbus, Ohio  43216

Attorney for Defendants Nature's Bounty, Inc., and Showa
Denko America, Inc.:

        James Oliphant, Esq.
        Porter, Wright, Morris & Arthur
        421 South High Street
        Columbus, Ohio  43215

Defendant Not Represented by Counsel:

        Showa Denko K.K.
        10-12 Shiba Daimon 2 - Chome
        Shuwa No. 3, Shiba Park Building
        Minato-Ku, Tokyo 105
        JAPAN

Re:   <u>Myrna Goldfarb, Milton D. Feldman, and Dorothy M. Clear vs.</u>
      <u>Showa Denko America, General Nutrition, Inc., and Freshlabs,</u>
      <u>Inc.</u>

Attorney for Plaintiffs:

        Stanely M. Chesley, Esq.
        Waite, Schneider, Bayless,
          & Chesley Co., L.P.A.
        1513 Central Trust Tower
        Cincinnati, Ohio 45202

8

Attorney for Defendants Showa Denko America, Inc. and
Freshlabs, Inc.:

        Thomas Calder, Esq.
        Suite 2100
        511 Walnut Street
        Cincinnati, Ohio  45202

Attorney for Defendant General Nutrition, Inc.:

        Charles Brown, Esq.
        2500 One Nationwide Plaza
        Columbus, Ohio  43215

Re:  <u>Nancy Murrow and Jerry Murrow v. Nature's Bounty, Inc.,
Brunswig Drug Co., Windmill Natural Vitamin Co., Garden State
Nutritionals, Inc., Showa Denko America, Inc., and Showa
Denko K.K.</u>

Attorney for Plaintiffs:

        James F. Self, Jr., Esq.
        8720 South Pennsylvania, Suite B
        Oklahoma City, Oklahoma  73102

Attorneys for Defendant Showa Denko America, Inc

        Richard Hulbert, Esq.
        Cleary, Gottlieb, Steen & Hamilton
        One Liberty Plaza
        New York, New York  10006

        Sarah B. Schotland, Attorney at Law
        Cleary, Gottlieb, Steen & Hamilton
        1752 N Street, N.W.
        Washington, D.C.  20036

Attorney for Defendants Nature's Bounty, Inc., Brunswig Drug
Co., and Showa Denko America, Inc.:

        Brian E. Schipp, Esq.
        1800 Mid America Tower
        20 North Broadway
        Oklahoma City, Oklahoma  73102

Attorney for Defendants Garden State Nutritionals, Inc., and Windmill Natural Vitamin Co.:

> Robert L. Huckaby, Esq.
> P. O. Box 533
> Chickashaw, Oklahoma  73023

Defendant Not Represented by Counsel:

> Showa Denko K.K.
> 10-12 Shiba Daimon 2 - Chome
> Shuwa No. 3, Shiba Park Building
> Minato-Ku, Tokyo 105
> JAPAN

Re:   <u>Shirley Trachtman and Leon Trachtman, on behalf of all others similarly situated, v. Nature's Bounty, Inc. and Those 1-100 John Does</u>

Attorneys for Plaintiffs:

> Scott M. Pollock, Esq.
> Pollock, Chernow & Blau
> Two Penn Center, Suite 415
> Philadelphia, Pennsylvania  19102

> John T. Baker, Esq.
> Bragg, Baker & Cederberg, P.C.
> 600 17th Street, Suite 1700 N
> Denver, Colorado  80202

Attorney for Defendant Nature's Bounty, Inc.:

> Nina Gussack, Attorney at Law
> Pepper, Hamilton & Scheetz
> 3000 Two Logan Square
> 18th and Arch Streets
> Philadelphia, Pennsylvania  19103-2799

Re:  <u>William D. Mann and Teddi F. Mann v. Star Professional
Pharmaceuticals, Inc. d/b/a Star Pharmaceuticals, Contract
Pharmacal, Inc., Showa Denko America, Inc. and Showa Denko
K.K.</u>

Attorneys for Plaintiffs:

                  Thomas D. Rogers, Esq.
                  Ness, Motley, Loadholt,
                    Richardson & Poole, P.C.
                  P. O. Box 1137
                  Charleston, South Carolina   29402

                  Kenneth L. Holland, Esq.
                  212 East Baker Boulevard
                  Post Office Box 940
                  Gaffney, South Carolina   29342

Attorneys for Defendants Showa Denko America, Inc., and Showa
Denko K.K.:

                  Daniel White, Esq.
                  P. O. Box 10589
                  Greenville, South Carolina   29603

                  John Bredenhoft, Esq.
                  Cleary, Gottlieb, Steen & Hamilton
                  1752 N Street, N.W.
                  Washington, D.C.   20036

Attorney for Defendant Contract Pharmacal, Inc.:

                  William H. Hagood, Esq.
                  P. O. Box 10045
                  Greenville, South Carolina   29603

859

Robert J. Luddy, Esquire
Winters, McKenna & Arcovia
1205 Grant Building
Pittsburgh, Pa.   15219

412-566-2726

Dated at Bridgeport, Connecticut this 23rd day of July 1990.

By _Dominick Esposito_
Dominick C. Esposito

Zeldes, Needle & Cooper
A Professional Corporation
Post Office Box 1740
Bridgeport, Connecticut  06601
Telephone:  (203) 333-9441

Attorney for the Plaintiff
Dario Berizzi, Individually and
as Executor of the Estate of
Jean Berizzi

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 859 -- In re Showa Denko K.K. L-Tryptophan Products Liability Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Showa Denko K.K. | A-1, A-2, A-3, A-4, A-5, A-6, A-8, A-9, A-12, A-14, A-16, A-17 |
| Showa Denko America, Inc. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-12, A-14, A-16, A-17, A-18 |
| Solgar Co., Inc. | A-1, A-5, A-13, |
| General Nutrition Corp. | A-2, A-4, A-18 |
| P. Leiner Nutritional Products Corp. | A-3, A-9, A-10 |
| Big Y Foods, Inc. | A-5 |
| Nature's Bounty, Inc. | A-6, A-14, A-15, A-17 |
| Consumer Value Stores of Waterbury, Inc. | A-6, |
| General Nutrition Products, Inc. | A-9, |
| Nature's Products, Inc. | A-8 |
| Freshlabs, Inc. | A-10, A-18 |

p. 2

| | |
|---|---|
| Twin Laboratories | A-11 |
| Brunswig Drug Co. | A-14 |
| Windmill Natural Vitamin Co. | A-14 |
| Garden State Nutritionals, Inc. | A-14 |
| Star Professional Pharmaceuticals, Inc., d/b/a Star Pharmaceuticals | A-16 |
| Contract Pharmacal, Inc. | A-16 |
| Atmark, Inc. | A-11 |
| General Nutrition Center, Inc. | A-12 |
| Jameson Pharmaceutical Corp. | A-12 |
| | |
| | |