JUL 26 1990

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 859

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE SHOWA DENKO K.K. L-TRYPTOPHAN PRODUCTS LIABILITY LITIGATION

ORDER DEEMING MOTION WITHDRAWN

This matter is before the Panel on a motion by plaintiff in one action to centralize, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A in the Southern District of Ohio for coordinated or consolidated pretrial proceedings. On July 25, 1990, movant submitted a motion to withdraw his Section 1407 motion.

IT IS THEREFORE ORDERED that movant's request to withdraw his Section 1407 motion be granted, and that the motion be, and the same hereby is, DEEMED WITHDRAWN.

FOR THE PANEL:

John F. Nangle
Chairman

SCHEDULE A

MDL-859 -- In re Showa Denko K.K. L-Tryptophan
            Products Liability Litigation

### District of Connecticut

Dario Berizzi, etc. v. Showa Denko K.K., et al.,
    C.A. No. B-90-093 (TFGD)
Harriet Bessey v. Showa Denko K.K., et al.,
    C.A. No. B-90-196 (TFGD)
Deborah Stack v. Showa Denko K.K., et al.,
    C.A. No. B-90-197 (TFGD)
Jeanette Robledo, et al. v. Showa Denko K.K., et
    al., C.A. No. B-90-198 (TFGD)
Deborah Scelza v. Showa Denko K.K., et al.,
    C.A. No. B-90-199 (TFGD)
Millicent Davidson v. Showa Denko K.K., et al.,
    C.A. No. B-90-200 (TFGD)

### Northern District of Georgia

Ora Elizabeth Wynn v. Showa Denko America, Inc.,
    C.A. No. 4:90-CV-132-HLM

### Southern District of Iowa

Doris Wolf v. General Nutrition Products, Inc., et
    al., C.A. No. 90-0274-A
Cheryl Diane James v. General Nutrition Products,
    Inc., et al., C.A. No. 90-0275-A

### District of Maryland

Lola J. Rapoport, et al. v. P. Leiner Nutritional
    Products Corp., et al., C.A. No. JH-90-397

### District of Minnesota

Mildred M. Haas v. Atmark, Inc., et al., C.A. No.
    4-90-CV-118

### District of New Mexico

Judy Paulsen, et al. v. Showa Denko K.K., et al.,
    C.A. No. CIV90-0166SC

### Eastern District of New York

Martin Bromberg, et al. v. The Solgar Co., Inc., et
    al., C.A. No. CV-90-0304

<u>Western District of Oklahoma</u>

<u>Nancy C. Murrow, et al. v. Nature's Bounty, Inc., et al.</u>, C.A. No. CIV-90-529T

<u>Eastern District of Pennsylvania</u>

<u>Shirley Trachtman, et al. v. Nature's Bounty, Inc.</u>, C.A. No. 90-2171

<u>District of South Carolina</u>

<u>Willard D. Mann, et al. v. Star Professional Pharmaceuticals, Inc., et al.</u>, C.A. No. 7-90-872-O

<u>Southern District of Ohio</u>

<u>Cheryl A. Everett, et al. v. Nature's Bounty, Inc., et al.</u>, C.A. No. C2-90-036
<u>Myrna Goldfarb, et al. v. Showa Denko America, Inc., et al.</u>, C.A. No. 1-90-469